# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*


MAY 25 2007
CHAMBERS OF
WILLIAM H. PAULEY

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

May 25, 2007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-07

**BY FAX (212) 805-6390**

Honorable William H. Pauley, III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2210
New York, NY 10007

Re:  **United States v. Carmen Youngs**
     **07 Cr. 338 (WHP)**

Dear Judge Pauley:

   I write, in the above-captioned case, to request an adjournment of the conference which is now scheduled for June 1, 2007. I will be out of the office and unavailable on that date. For this reason, I request an adjournment of the conference until Monday, June 4, 2007 at 11:30 a.m. I have spoken with Assistant United States Attorney Todd Blanche, and he consents to this request. I consent to the exclusion of time until June 4, 2007.

Application Granted.
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5-29-07

Very truly yours,

Jennifer Brown

JENNIFER L. BROWN
Attorney for **Eric Jones**
Tel. (212) 417-8722

JLB/wt

cc:  Todd Blanche, Esq. (By Fax (212) 637-2937)
     John Burke, Esq. (By Fax (718) 875-0053)