USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,            :

    - v.-                            :    NOLLE PROSEQUI

CARMEN YOUNGS,                       :    07 Cr. 338 (WHP)

        Defendant.               :

------------------------------------x

    1.  The filing of this nolle prosequi will dispose of this case with respect to the defendant Carmen Youngs.

    2.  On April 24, 2007, Indictment 07 Cr. 338 (WHP)(the "Indictment") was filed, charging Carmen Youngs, and Gregory Youngs, with one count of theft of Government funds, in violation of Title 18, United States Code, Sections 641 and 2.

    3.  On May 30, 2007, while this case was still pending, defendant Carmen Youngs died. A copy of the defendant's certificate of death is attached hereto.

    4.  Because the defendant died while this case was pending, and therefore before a final judgment was issued, the indictment against her must be dismissed under the rule of abatement. See United States v. Wright, 160 F.3d 905, 908 (2d Cir. 1998).

5. In light of the foregoing, I recommend that an order of <u>nolle prosequi</u> be filed as to defendant Carmen Youngs.

*Todd Blanche*
TODD BLANCHE
Assistant United States Attorney
(212) 637-2494

Dated:   New York, New York
         September 5, 2007

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to defendant Carmen Youngs.

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

Dated:   New York, New York
         September 6, 2007


SO ORDERED:

HON. WILLIAM H. PAULEY, III
United States District Judge
Southern District of New York

Dated:   New York, New York
         September 14, 2007